| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Paul Y. Lee 231390**<br>**10580 Magnolia Ave. Suite A**<br>**Riverside, CA 92505**<br>**951-755-1000 Fax:  951-840-3000**<br>**231390 CA**<br>**court@leelawyer.com**<br><br>☐ Respondent appearing without attorney<br>☑ Attorney for Respondent: | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Christian Adan Montoya**<br>**Iris Magana**<br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **6:20-bk-16813-WJ**<br>CHAPTER: **13**<br><br>**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**<br><br>DATE:  **03/22/2023**<br>TIME:   **2:30 PM**<br>COURTROOM: **304**<br>PLACE: **3420 Twelfth Street, Riverside, CA 9250**1 |
|---|---|

**Movant:**    **PENNYMAC LOAN SERVICES, LLC**

**Respondent:**    ☑ Debtor    ☐ trustee    ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>     A copy of the Response, exhibit(s) and declaration(s) must be served upon:
>     (1) Movant's attorney (or Movant, if Movant does not have an attorney);
>     (2) the trustee; and
>     (3) the judge who presides over this bankruptcy case.
>     Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 1                              **F 4001-1.RFS.RESPONSE**

    The Respondent does not oppose the granting of the Motion.

2. ☐ **LIMITED OPPOSITION**
   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*):_____ and the reason for this request is (*specify*):
   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

      The Debtor:
      (1) ☐ has no knowledge of the Property.
      (2) ☐ has no interest in the Property.
      (3) ☐ has no actual possession of the Property.
      (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3. ☑ **OPPOSITION** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☐ The Motion was not properly served (*specify*):

      (1) ☐ Not all of the required parties were served.
      (2) ☐ There was insufficient notice of the hearing.
      (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

   b. ☑ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:
      (1) ☐ The value of the Property is $_____ , based upon (*specify*):
      (2) ☐ Total amount of debt (loans) on the Property is $_____.
      (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.
      (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.
      (5) ☐ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit _____.
      (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.
      (7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit _____.
      (8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.
      (9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.
      (10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.
      (11) ☑ Other (*specify*): **Debtor has made 3 payment since the filing of the Motion and will be making another payment before the date of the hearing. Proofs of the payments are attached as Exhibit "A".**

   c. ☑ Respondent asserts the following as shown in the declaration(s) filed with this Response:

      (1) ☐ The bankruptcy case was converted from chapter _____ to chapter _____.
      (2) ☑ All postpetition arrearages will be cured by the hearing date on this motion.
      (3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☐ are current, or ☐ will be cured by the hearing date on this motion.
      (4) ☐ The Debtor has equity in the Property in the amount of $ _____.
      (5) ☐ Movant has an equity cushion of $_____ or _____% which is sufficient to provide adequate protection.
      (6) ☐ The Property is necessary for an effective reorganization because (*specify*):
      (7) ☐ The motion should be denied because (*specify*):

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 2                    **F 4001-1.RFS.RESPONSE**

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☐ Declaration by the Debtor  ☐ Declaration by the Debtor's attorney
☐ Declaration by trustee  ☐ Declaration by trustee's attorney
☐ Declaration by appraiser  ☐ Other (*specify*):

Date: 03/08/2023

**LAW OFFICES OF PAUL Y. LEE**
Printed name of law firm for Respondent (if applicable)

**Paul Y. Lee**
Printed name of individual Respondent or attorney for Respondent

*[signature]*
Signature of individual Respondent or attorney for Respondent

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                              Page 3                              **F 4001-1.RFS.RESPONSE**

# EXHIBIT A

| Effective Date | Description | Transaction Amount | Principal | Interest | Escrow | Suspense Amount | Principal Balance |
|---|---|---|---|---|---|---|---|
| 03/03/2023 | Payment | $4.16 | $0.00 | $0.00 | $0.00 | $4.16 | $262,458.82 |
| 03/03/2023 | Payment | $2,095.84 | $610.30 | $822.09 | $663.45 | $0.00 | $262,458.82 |
| 03/01/2023 | Payment | $4.16 | $0.00 | $0.00 | $0.00 | $4.16 | $263,069.12 |
| 03/01/2023 | Payment | $2,095.84 | $608.40 | $823.99 | $663.45 | $0.00 | $263,069.12 |

| Source | Amount | Account Type | Bank Account | Payment Effective Date | Payment Confirmation Code | Status |
|---|---|---|---|---|---|---|
| Web | $2,095.84 | Checking | ********2732 | 03/06/2023 | 4C4E | Scheduled |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10580 Magnolia Ave. Suite A**
**Riverside, CA 92505**

A true and correct copy of the foregoing document entitled (*specify*): __**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **03/08/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson (TR)**    notice-efile@rodan13.com
**Joseph C Delmotte**    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
**Bryan S Fairman**    ecfcacb@aldridgepite.com, BSF@ecf.inforuptcy.com;bfairman@aldridgepite.com
**Paul Y Lee**    court@leelawyer.com, cabkrelief.riverside@gmail.com;y.pr73015@notify.bestcase.com
**Bonni S Mantovani**    cmartin@pralc.com, ecfcca@ecf.courtdrive.com
**Josephine E Salmon**    ecfcacb@aldridgepite.com, JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com
**Valerie Smith**    claims@recoverycorp.com
**United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
**Mandy Youngblood**    csbk@gmfinancial.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **03/08/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Hon Wayne Johnson**
**United States Bankruptcy Court**
**3420 Twelfth Street, Suite 384**
**Riverside, CA 92501**

**PRA Receivables Management LLC**
**POB 41067**
**Norfolk, VA 23541**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/08/2023 | **Cecilia Sanchez** | **/s/Cecilia Sanchez** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:20-bk-16813-WJ<br>Central District of California<br>Riverside<br>Wed Mar  8 16:48:33 PST 2023 | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM<br>P O BOX 183853<br>ARLINGTON, TX 76096-3853 | Alaska USA Federal Credit Union<br>c/o PROBER & RAPHAEL, A LAW CORPORATION<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills,, CA 91364-6207 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819 | (p)ALASKA USA FCU<br>ATTN BANKRUPTCY<br>4220 B STREET<br>ANCHORAGE AK 99503-5911 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | Christian Adan Montoya<br>6685 Rexford Drive<br>Riverside, CA 92504-2131 |
| Discover Bank<br>Discover Product Inc<br>PO BOX 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Pob 15316<br>Wilmington, DE 19850-5316 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Franchise Tax Board*<br>Bankurptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Franklin Collection Sv<br>2978 W Jackson St<br>Tupelo, MS 38801-6731 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| Hyo Jin Julia Jung, Esq.<br>350 Camino De La Reina, Ste 100<br>San Diego, CA 92108-3007 | Internal Revenue Service*<br>Insolvency West<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Iris Magana<br>6685 Rexford Drive<br>Riverside, CA 92504-2131 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lvnv Funding Llc<br>C/o Resurgent Capital Services<br>55 Beattie Pl. Ste 110 MS 425<br>Greenville, SC 29601-5115 | Midland Credit Managem<br>320 East Big Beaver<br>Troy, MI 48083-1271 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |

| | | |
|---|---|---|
| Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient Solutions, LLC on behalf of<br>Ascendium Education Solutions, Inc.<br>PO Box 8961<br>Madison, WI 53708-8961 | P.O. Box 150<br>P.O. Box 150<br>Fairfield, CA 94533-0150 |
| Pacific Credit Service<br>P. O Box 150<br>Fairfield, CA 94533-0150 | PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Pennymac Loan Services<br>Po Box 514387<br>Los Angeles, CA 90051-4387 |
| Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Riverside Community Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | (p)USCB  INC<br>ATTN ADMIN<br>355 S GRAND AVENUE<br>32ND FLOOR<br>LOS ANGELES CA 90071-1560 |
| Paul Y Lee<br>Law Offices of Paul Y Lee<br>10580 Magnolia Ave. Suite A<br>Riverside, CA 92505-1896 | Rod Danielson (TR)<br>3787 University Avenue<br>Riverside, CA 92501-3332 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alaska USA Federal Credit Union<br>PO Box 196200<br>Anchorage, AK 99519 | (d)Alaska Usa Fcu<br>P.o. Box 196613<br>Anchorage, AK 99519 | AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 |
| Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Amazon.com<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Barclays Bank Delaware<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Capital One Bank (usa), N.a.<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Sears<br>POB 41067<br>Norfolk VA 23541 |
| Uscb America<br>355 S Grand Ave Ste 3200<br>Los Angeles, CA 90071 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)PENNYMAC LOAN SERVICES, LLC

(du)PennyMac Loan Services, LLC


(d)Christian Adan Montoya
6685 Rexford Drive
Riverside, CA 92504-2131

(d)Iris Magana
6685 Rexford Drive
Riverside, CA 92504-2131

End of Label Matrix
Mailable recipients    43
Bypassed recipients     5
Total                  48